| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MICHAEL DUKE, §
and VICKIE DUKE, §
　　　　　　　　　　　　　　§
　　　　Plaintiffs, §
　　　　　　　　　　　　　　§
*versus* 　　　　　　　　　§　CIVIL ACTION NO. 1:07-CV-2
　　　　　　　　　　　　　　§
ALLSTATE TEXAS LLOYD'S §
and ALLSTATE TEXAS LLOYD'S INC., §
　　　　　　　　　　　　　　§
　　　　Defendants. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on January 5, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment pursuant to settlement upon receipt of closing papers from the parties.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 4th day of May, 2007.

*/s/ Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE